SOMERS, Respondent, v. GUDE, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by John H. Somers against Oscar J. Gude. A. S. Gilbert, for appellant. J. H. Land, for respondent.

PER CURIAM. Judgment affirmed, with costs.

INGRAHAM, J., dissents.